AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
VANESSA L. ARMSTRONG, CLERK
APR 28 2012
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:12 mj-172 |
| Ted R. Schlenker | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __4/25/2012 through 4/27/2012__ in the county of __Warren and elsewhere__ in the __Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 1715 | Knowingly depositing a firearm in the mail |
| 18 U.S.C. Sec. 876 | Mailing threatening communications to a federal law enforcement officer |

This criminal complaint is based on these facts:

See attached Affidavit of ATF Special Agent Kevin P. Funke

☑ Continued on the attached sheet.

_____
Complainant's signature

ATF Special Agent Kevin P. Funke
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/28/2012__

_____
Judge's signature

City and state: __Louisville, Kentucky__

United States Magistrate Judge Dave Whalin
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kevin P. Funke, being first duly sworn and upon oath state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have approximately 10 years of law enforcement experience, and have been a Special Agent with the ATF since May 2009. Prior to my employment with ATF, I was a Special Agent with United States Immigration and Customs Enforcement (ICE) for approximately 3 years. Affiant is a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy in Brunswick, GA. Furthermore, I have received specialized legal and practical training in the investigation of firearms, arson, and explosives offenses. I have participated in investigations involving all of these areas. This affidavit is based upon my personal knowledge, as well as information reported to me by other federal and local law enforcement officers and others with knowledge of the facts surrounding this case.

2. I am making this affidavit based upon my own personal knowledge, on information I have received from other agents and investigators with ATF, United States Postal Inspection Service and on information and documents gathered, including firearms records, in the course of this investigation, including but not necessarily limited to: in-person conversations, and surveillance. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a search warrant, it does not contain every fact known to me, or to any law enforcement officer, individually or collectively.

3. This affidavit is submitted in support of a criminal complaint. Your Affiant alleges that probable cause exists to believe that Ted R. Schlenker has committed violations of 18 United States Code Sections 876 and 1715.

4. On January 19, 2010, an IED hidden inside a traffic cone exploded causing injuries to Clarissa Tackett, the resident of XXXXX Maddox Ridge Road, Turner Station, Henry County, Kentucky. Ms. Tackett was treated and released for minor injuries suffered as a result of the explosion. Three traffic cones had been placed in the driveway sometime between 10:30 PM on

1

January 18, 2010 and 6:30 AM on 01-19-2010. Ms. Tackett moved two of the cones and went to work. Upon returning home at approximately 5:45 PM January 19, 2010, she moved the third traffic cone and a hand grenade, hidden inside, exploded. Ms. Tackett had parked her vehicle approximately 10 feet from the traffic cone while her 15-month-old son played at the rear of the vehicle when the IED exploded. Clarissa Tackett lives at the residence with her parents, Phillip and Jennifer Brierly. All three individuals are employed at the state prison in LaGrange.

5.   On January 20, 2010, ATF S/A Gary Smith conducted an interview of Clarissa M. Tackett regarding the IED explosion at her residence at XXXXX Maddox Ridge Road, Turner Station, Henry County, Kentucky 40075, on January 19, 2010. Ms. Tackett stated she is employed at the state prison at LaGrange, KY as a canteen clerk. Ms. Tackett stated her stepfather, Phillip Brierly Jr., is a supervisor at the prison. Ms. Tackett stated her father is currently investigating another prison employee that could result in a demotion for that employee.

6.   On January 25, 2010, ATF S/A Gary Smith conducted an interview of Phillip Brierly regarding the explosion of an IED in the driveway of his residence on January 19, 2010. Mr. Brierly stated he is the stepfather of Clarissa Tackett and they reside at the same address. Mr. Brierly is employed as a Senior Captain at the Roederer Correctional Center in LaGrange, KY, and has worked there since 2003. He stated his duties include conducting internal staff investigations, dealing with security issues, hiring and firing employees and taking disciplinary actions regarding employees.

7.   Mr. Brierly stated there are several employees who have had recent actions taken against them and they might have reason to retaliate against him. None of these other employees to the knowledge of that case agent, are related to Kentucky Gunrunners, the business owned by SCHLENKLER. Mr. Brierly stated several employees could be involved in the placement of the IED to include Ted SCHLENKER. SCHLENKER had recently received a three-day suspension. At the time of the interview, Mr. Brierly informed S/A Smith, SCHLENKER was currently under investigation at the prison. Mr. Brierly further stated SCHLENKER is an ex-police officer and had problems with other departments. Mr. Brierly stated SCHLENKER owned a gun store,

2

Kentucky Gunrunners, in LaGrange, KY and holds a Federal Firearms License.

8. On March 3, 2010, S/A Gary Smith conducted an interview of Jennifer Brierly, wife of Phil Brierly, regarding the receipt of a threatening letter, mailed to Phil Brierly at the Roederer Correctional Complex on March 2, 2010. Mrs. Brierly stated she works in the mailroom at the prison and usually gets to work at 7:45 AM. She stated she gets the outgoing mail ready then picks outgoing mail from the Kentucky State Reformatory and from the personnel office. She stated she went to the LaGrange Post Office and picked up the mail and returned to the prison mailroom. Mrs. Brierly stated she and John Urbanavage began sorting the mail and stopped for a tornado drill. The mailroom is locked while they are out. She stated they finished sorting mail at 10:30 AM and John found a typewritten letter addressed to her husband, Phil Brierly. John stated there was something inside the letter. Mrs. Brierly stated she looked at the letter and turned it over and powder spilled out of the envelope onto her hand. The letter also contained the pin to a hand grenade. Based on interviews, ATF believes Schlenkler to be one of several persons of interest connected to the IED and the threatening letter.

9. On April 25, 2012, the Bowling Green Police Department (BGPD) responded to a suspicious incident at the U.S. Post Office located at 5300 Scottsville Road, Bowling Green, Kentucky. Upon arrival, a postal employee advised BGPD they had discovered a handgun, a letter, and an empty open manila envelope while doing a mail pickup from an exterior mail drop box. The envelope was addressed to Dan Volk at Volk's home address. The manila envelope was sealed with tape and contained a handwritten note, which made reference to "getting a better gun if you want this to look like a suicide", "I still have the DVD and I will make copies", and "answer your other phone DAM IT." The recovered Bryco, Model Jennings Nine, 9mm pistol, having serial number 1350201 along with the manila envelope and handwritten note were taken into BGPD custody.

10. On April 26, 2012, Det. Jared Merriss (BGPD) advised Special Agent David S. Hayes of the incident. S/A Hayes informed Det. Merriss that Dan Volk was an ATF agent assigned to the Louisville Field Office in Louisville, Kentucky. S/A Hayes and Det. Merriss contacted S/A Volk about the incident. S/A Volk verified the address contained on the envelope as being his

home address.

11. On April 26, 2012, a U.S. Postal Inspector took custody of the recovered Bryco pistol, envelope and handwritten note. Additionally on April 26, 2012, S/A Hayes initiated an ATF firearms trace on the recovered Bryco pistol. The ATF Firearms Trace Summary revealed the Bryco, Model Jennings Nine, 9mm pistol, having serial number 1350201 was purchased by Beau Eugene Milnes, Murrayville, Illinois, on March 2, 1999.

12. On April 27, 2012, S/A Stengel met with USPI Bell, who turned over two items of evidence in an open ATF investigation. On April 27, 2012, S/A Stengel took the following items into ATF custody:

- Bryco, 9mm, handgun with serial number 135020
- One envelope, addressed to Dan Volk, with a handwritten note.

13. On April 27, 2012 at approximately 11 am, ATF S/A Dan Volk approached ATF Industry Operations Investigator (IOI) Kevin Shartzer and requested assistance. S/A Volk stated he had received a threat and was trying to determine who sent the threat. S/A Volk stated the Postal Inspectors had intercepted a package, which contained a threatening letter, and handgun (Jennings, Bryco Arms, s/n 1350201, 9mm pistol) addressed to S/A Volk. S/A Volk requested the evidence including firearms records for Kentucky Gun Runners, including spreadsheet records and A &D records, be reviewed to determine if the firearm, Jennings, Bryco Arms, s/n 1350201, 9mm pistol, had been associated with SCHLENKER and/or Kentucky Gun Runners. S/A Volk has been conducting an investigation on Ted SCHLENKER who previously held a Federal Firearms License as KY Gun Runners, Inc. but discontinued the business. ATF IOIs conducted a compliance inspection on Ted SCHLENKER d.b.a. KY Gun Runners, Inc. in 2010, which disclosed 10 firearms in the inventory and not recorded in the Acquisition & Disposition (A & D) record.

14. This inspection also disclosed 49 firearms recorded in the acquisitions side of the A & D records, but were missing from inventory and the disposition side of the records. In the majority of these 49 instances, SCHLENKER is suspected of later adding the missing firearms to existing ATF F 4473s to make it appear the firearms were accounted for. SCHLENKER is suspected of

4

falsifying ATF F 4473s. After this initial inspection was completed, ATF and LaGrange Police Department received firearm information from a former employee of the FFL/SCHLENKER, which disclosed an additional 54 firearms were not logged in or out of the A & D record. A review SA Volk provided IOI Shartzer with two spreadsheets, which contained firearm information for Ted SCHLENKER's FFL. One spreadsheet contained 54 firearms, which were identified by the ATF as not being recorded in the FFL's Acquisition & Disposition record. The second spreadsheet was created using firearm acquisition and disposition information obtained from the FFL's former employee, who made the spreadsheet without Schlenker's knowledge because she felt Schlenker was not keeping proper records of firearm acquisitions and dispositions. S/A Volk requested IOI Shartzer look for the Bryco 9mm pistol in these two spreadsheets.

15. A review of the spreadsheet which contained information from the FFL's former employee disclosed a Jennings, Bryco Arms, s/n 1350201, 9mm pistol was sold to Ted SCHLENKER dba KY Gun Runners on October 19, 2010 by an individual by the name of Craig Campbell who resides at XXXX W. Hwy. 146 (NOTE: No city or state was recorded in the records). Oldham County Police informed ATF this address appears to be located on Kentucky State Reformatory property. This firearm was not recorded in the "official" A&D book. S/A Volk was in possession of a copy of KY Gun Runner's official A & D record as well. IOI Shartzer reviewed the entire copy of the official A & D record for the Bryco 9mm pistol acquired on October 19, 2010. The FFL appeared to stop recording information in this A & D record in September 2010. A search of the entire A&D records of the business revealed the Bryco, 9mm pistol, s/n 1350201, was not in these records.

16. S/A Dan Volk previously contacted Elizabeth Compton at the ATF Out of Business Records Center on January 12, 2011 regarding whether or not KY Gun Runners had sent in the A & D records. Elizabeth Compton responded on January 13, 2011 stating there were no A & Ds sent in with the records for KY Gun Runners. SA Volk also requested IOI Shartzer to look for any firearms the SCHLENKER's may have purchased so the handwriting on the ATF F 4473s could be compared to the threatening letter. As part of the investigation, Schlenker was served with a

copy of Grand Jury subpoena on February 7, 2012 to appear before the grand jury on February 22, 2012 and provide handwriting exemplars and fingerprints. To date, Schlenker has not yet provided these items.

17. On March 27, 2012, queries conducted into the Jefferson County Property Valuation Administrator revealed the owner of 7112 Rolling Creek Boulevard is Ted SCHLENKER. Queries of SCHLENKER's driver's license reveal his listed address as 7112 Rolling Creek Boulevard, Louisville, Ky.

18. On April 27, 2012 at approximately 9:48 PM, ATF Agents conducted a federal search warrant at Schlenker's residence located at 7112 Rollingcreek Blvd., Louisville, KY. Schlenker and his wife were present. During the search of the residence, agents located inside the garage in a Ford Escape, registered to Ted Schlenker, a white notepad. Close examination of the white notepad reveal indentations of hand writing in the notepad which matched the letter placed in the mail to be sent to the residence of Special Agent Dan Volk. Agents were able to make out the beginning of the letter the name "Dan" and other words to include the conclusion of the letter which states "DAM IT".

19. Visual examination of the notepad found in the Ford Escape was conducted by Agents on the scene of the search warrant. When comparing the notepad to a photograph of the letter mailed to the residence of Special Agent Dan Volk, it is evident the letter to SA Volk was written on a previous sheet of paper which was removed from the notepad. Further search of the vehicle revealed a wrinkled up piece of paper in a trash bag, on that sheet of paper is written "Dan if you whant". The phraseology and hand writing matches the writing of the letter sent to Special Agent Volk attached and marked as exhibits A & B are copies of the note found in the trash bag and note received by Agent Volk.

20. A search conducted of the garage revealed several documents, including computer research data containing the personal information, including addresses, phone numbers, and personal vehicle types of Special Agent Dan Volk, Special Agent Volk's wife, Special Agent John Black, Special Agent John Black's wife, and Assistant United States Attorney Tom Dyke and AUSA Dyke's wife. AUSA Dyke is the AUSA assigned to handle the investigation into Schlenker's

alleged violations of federal firearms laws. During the search, Special Agent Kris Olsen inadvertently made a statement to other agents, in front of Ken Schlenker, that personal information of the agents and the AUSA was located during the search, Schlenker spontaneously remarked, "You know what they say, know your enemies".

21. Based upon the content of the letter and firearm addressed to Agent Volk and placed into the U.S. Postal system, and the totality of the circumstances surrounding the various ongoing criminal investigations of Schlenker, including the investigation over which Agent Volk is currently responsible, a reasonable person would construe the note and accompanying firearm as a serious expression by Schlenker of an intention to inflict bodily harm on Agent Volk.. Based upon the aforementioned information, your Affiant believes that there is probable cause to believe that Ted R. Schlenker has committed offenses in violation of 18 United States Code Sections 876 and 1715.

_____
Kevin P. Funke

Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to me and subscribed in my presence this 28th day of April, 2012.

_____
DAVE WHALIN
UNITED STATES MAGISTRATE JUDGE