Dan if you want this to look like suicide get m~ mothers peice because to use this one would be suicide The slide is cracked on this one where ever you got it, borrowed or stole it, give it back! IA this is a set up we will burn you with it! Just so you remember I have the DVD And I GONNA MAKE copies! I suggest you answer your other phone or return the Text! If you want this done right I suggest you get me a gun that works! answer your other phone DAN iT

GOVERNMENT EXHIBIT A