

DAN [illegible handwriting]

GOVERNMENT EXHIBIT