FILED
VANESSA L. ARMSTRONG, CLERK

MAY 23 2012

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

INDICTMENT

v.

NO.: 1:12CR-23-R

18 U.S.C. § 876(c)

**TED RAY SCHLENKER**  18 U.S.C. § 1715

The Grand Jury charges:

## COUNT 1

On or about April 25, 2012, in Warren County, in the Western District of Kentucky, the defendant, **TED RAY SCHLENKER,** knowingly deposited in an authorized depository for mail matter at the United States Post Office, to be sent and delivered by the Postal Service, a written communication and a handgun, without a name or designating mark subscribed thereto, which was addressed to D.V., an agent for the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives, to his personal residence, and contained a threat to injure the person of the addressee, that is, it contained a handgun and the words, "Dan if you want this to look like a suicide get me another piece because to use this one would be suicide. The slide is cracked on this one. Where ever you borrowed or stole it, give it back! If this is a set up we will burn you with it! Just so you remember I have the DVD and I gonna make copies! I suggest you answer your other phone or return the Text! If you want this done right I suggest you get me a gun that works! Answer your other phone dam it."

In violation of Title 18, United States Code, Section 876(c).

The Grand Jury further charges:

<u>Count 2</u>

On or about April 25, 2012, in Warren County in the Western District of Kentucky, **TED RAY SCHLENKER**, the defendant, did knowingly deposit for mailing and delivery a pistol declared nonmailable, that is, a Bryco, Model Jennings Nine, 9mm pistol, bearing serial number 1350201.

In violation of Title 18, United States Code, Section 1715.

A TRUE BILL.

*[signature]*
DAVID J. HALE
UNITED STATES ATTORNEY

UNITED STATES OF AMERICA v. **TED R. SCHLENKER**

## PENALTIES

Count 1: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release.
Count 2: NM 2 yrs/$250,000/both/NM 1 yr. Supervised Release.

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual          Felony:  $100 per count/individual
              $125 per count/other                        $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987</u>:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY  40202
              502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
              120 Federal Building
              241 East Main Street
              Bowling Green, KY  42101
              270/393-2500

OWENSBORO:    Clerk, U.S. District Court
              126 Federal Building
              423 Frederica
              Owensboro, KY  42301
              270/689-4400

PADUCAH:      Clerk, U.S. District Court
              127 Federal Building
              501 Broadway
              Paducah, KY  42001
              270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
~~Bowling Green~~ Louisville Division
[handwritten: Louisville]

THE UNITED STATES OF AMERICA
vs.
TED RAY SCHLENKER

---

## INDICTMENT

Title 18 U.S.C. §§ 876(c); 1715:
Mailing Threatening Communications;
Firearms as Nonmailable.

---

*A true*

_____
                                                                  *an*

*Filed in open court this* 23rd *day, of May* A.D. 2012.

_____
                                                              *Clerk*

*Bail, $*

[Stamp: FILED VANESSA L. ARMSTRONG, CLERK MAY 23 2012 U.S. DISTRICT COURT WEST'N. DIST. KENTUCKY]